IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| The Estate of Michael Steven Everhard by Steven Everhard Executor; and Steven Everhard, Michael A. Everhard, and Amy Gardner, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; Rich Retzlaff; Jorge Sandoval; Randy Wiley; Tom Brower; and Laurie Garcia,<br><br>Defendants. | CASE NO. 5:21-cv-04002-LRR-KEM |

**SEVENTH JOINT STATUS REPORT
REGARDING EIGHTH CIRCUIT APPEAL**

Pursuant to the Court's order staying this case and directing the parties to file joint status reports at sixty-day intervals (Dkt. 9 at 2; *see also* Dkt. 15), all parties jointly file this seventh Status Report to update the Court regarding the status of the Eighth Circuit consolidated appeals in *Buljic, et al. v. Tyson Foods, Inc., et al.*, No. 21-1010, and *Fernandez, et al. v. Tyson Foods, Inc., et al.*, No. 21-1012.

As noted in the parties' Sixth Joint Status Report (Dkt. 20), on January 31, 2022, Tyson and the other appellants filed a Petition for Rehearing En Banc regarding the Eighth Circuit panel decision affirming the district court's remand orders. On February 22, 2022, the Eighth Circuit denied the Petition for Rehearing En Banc. Tyson then filed a Motion to Stay the Issuance of the Mandate pending disposition of its forthcoming petition for a writ of certiorari in the U.S. Supreme Court. The Eighth Circuit denied that motion on March 4, 2022, and issued its mandate on March 7, 2022.

Tyson intends to file a timely petition for a writ of certiorari in the U.S. Supreme Court in the consolidated *Buljic* and *Fernandez* appeal. The current deadline for that petition is May 23, 2022. The parties will promptly notify this Court when the Supreme Court decides the petition.

Dated: April 4, 2022                                    Respectfully submitted,

  /s/ Willis J. Hamilton                                 /s/ Kevin J. Driscoll
Willis J. Hamilton           AT0003122        Kevin J. Driscoll           AT0002245
**HAMILTON LAW FIRM, P.C.**                   Tamara K. Hackmann          AT0003003
606 Ontario Street                            **FINLEY LAW FIRM, P.C.**
P. O. Box 188                                 699 Walnut Street, Suite 1700
Storm Lake, Iowa 50588                        Des Moines, Iowa 50309
Telephone: 712-732-2842                       Telephone: 515-288-0145
Facsimile: 712-732-6202                       Facsimile: 515-288-2724
Email: willis@hamiltonlawfirmpc.com           Email: kdriscoll@finleylaw.com

Dan Connell                  AT0001637        Christopher S. Coleman
**DAN CONNELL, P.C.**                         (*pro hac vice* forthcoming)
205 East Sixth Street                         Jessica L. Everett-Garcia
P. O. Box 1336                                (*pro hac vice* forthcoming)
Storm Lake, Iowa 50588                        **Perkins Coie LLP**
                                              2901 N. Central Avenue, Suite 2000
**ATTORNEYS FOR PLAINTIFFS**                  Phoenix, Arizona 85012
                                              Telephone: 602.351.8000
                                              Facsimile: 602.648.7000
                                              Email: CColeman@perkinscoie.com
                                                     JEverettGarcia@perkinscoie.com

                                              **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that, on April 4, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system as follows:

> Willis J. Hamilton
> **HAMILTON LAW FIRM, P.C.**
> 606 Ontario Street
> P. O. Box 188
> Storm Lake, Iowa 50588
>
> Dan Connell
> 205 East Sixth Street
> P.O. Box 1336
> Storm Lake, Iowa 50588
>
> *Attorneys for the Plaintiffs*

          /s/ Kevin J. Driscoll